UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William J. Carey

           v.           Civil No. 06-cv-479-PB

Commissioner, NH Department of Corrections, et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 15, 2007, no objection having been filed.

SO ORDERED.

June 18, 2007           /s/ Paul Barbadoro
                                  Paul Barbadoro
                                  United States District Judge

cc:    William J. Carey, pro se
        Nancy Smith, Esq.