UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>William J. Carey</u>

          v.                  Civil No. 06-cv-479-PB

<u>Commissioner, NH Department of Corrections, et al</u>


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 31, 2007, no objection having been filed.

SO ORDERED.


September 28, 2007                /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:    William J. Carey, pro se
       Nancy Smith, Esq.