```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

**William J. Carey**

    **v.**                                   Civil No. 06-cv-479-PB

**William Wrenn, et al.**

### ORDER

**Re**:  **Document No. 25, Defendants' Motion to Dismiss**

    **Ruling**: Motion granted. The records of this court demonstrate that plaintiff, while incarcerated, brought at least three actions in a court of the United States that were dismissed on the grounds that the complaint failed to state a claim upon which relief may be granted.  This case shall be dismissed without prejudice unless plaintiff pays the filing fees within 30 days.

                                                      /s/ Paul Barbadoro
                                                      Paul Barbadoro
                                                      District Judge

Date:  October 9, 2007

cc:  William Carey, pro se
     Nancy Smith, Esq.